# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re:<br>Chad Shelton Broyhill,<br><br>　　　　　　　Debtor,<br><br>―――――――――――――――――<br>Chad Shelton Broyhill,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Appalachian State University, AES/NCT,<br>College Foundation, Inc., National Collegiate<br>Trust, US Dept. of Ed./Great Lakes Educational Lo<br><br>　　　　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 16-50246<br><br><br><br><br><br><br>Adversary No. 16-05012 |

## NATIONAL COLLEGIATE TRUST'S
## ANSWER TO COMPLAINT

NOW COMES Defendant National Collegiate Trust ("NCT"), by and through its counsel, and for its Answer to the Complaint, states as follows:

### PARTIES

1. NCT denies the date of filing and admits the remaining allegations of paragraph 1.

2. NCT admits the allegations of paragraph 2.

[3.] NCT is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.

[3.1]   NCT denies it is related to AES and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3.1.

[3.2]   NCT denies it is related to AES and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3.2.

[3.3]   NCT is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.3.

[3.4]   NCT denies Transworld Systems Inc. is related to NCT or may be, served at the business and address given, and admits the remaining allegations of paragraph 3.4.

[3.5]   NCT is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.5.

[3.6]   Admits NCT is a holder of one of debtor's student loans, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3.6.

## JURISDICTION

4.     NCT admits the allegations of paragraph 4.

## APPLICABLE LAW

NCT states that this is a statement of law to which no answer is required.

## VENUE

5. NCT denies that §1391 is applicable to this matter and admits the remaining allegations of paragraph 5.

## FACTS

6. NCT is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6.

7. NCT is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7.

## CLAIM I

8. NCT denies the allegations of paragraph 8.

## Affirmative Defenses

1. NCT alleges service of process is insufficient.

2. NCT alleges insufficient process.

WHEREFORE, National Collegiate Trust respectfully requests that the court dismiss the complaint with prejudice as to it; find Plaintiff's student loans nondischargeable under 11 U.S.C. §523(a)(8); and grant it such additional relief as it deems just.

DATED September 2, 2016

Respectfully submitted,

s/ Kristin Decker Ogburn
Kristin Decker Ogburn
NC Bar # 20506
Horack, Talley, Pharr and Lowndes
301 S. College St., Suite 2600
Charlotte, NC 28202-6038
704/377-2500

## CERTIFICATE OF SERVICE

I certify on this day that the foregoing Answer to Complaint was mailed first class, postage prepaid to:

>Chad Shelton Broyhill
>1712 Old Salisbury Rd.
>North Wilkesboro, NC  28659

I certify that I have this day served a copy of the foregoing through the Court's ECF Electronic notification/email system the following:

>Brent D. Kiziah
>N.C. Department of Justice
>
>John W. Taylor
>Chapter 7 Trustee
>
>Gill P. Beck
>U.S. Attorney's Office

This 2nd day of September, 2016.

>s/ Kristin Decker Ogburn
>Kristin Decker Ogburn
>Attorney for National Collegiate Trust